VIVIAN I. ORLANDO (SBN 213833)
vorlando@hinshawlaw.com
JUSTIN M. PENN (SBN 302350)
jpenn@hinshawlaw.com
ZINA YU (SBN 291993)
zyu@hinshawlaw.com
Hinshaw & Culbertson LLP
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
Telephone:  213-680-2800
Facsimile:   213-614-7399

Attorneys for Defendant
Transamerica Premier Life Insurance Company

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMITERIO MARK ALVAREZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TRANSAMERICA PREMIER LIFE INSURANCE COMPANY, and DOES 1-10,<br><br>Defendants. | Case No.  5:20-cv-658<br><br>**DEFENDANT TRANSAMERICA PREMIER LIFE INSURANCE COMPANY'S NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. §§ 1441 AND 1446 ON THE BASIS OF FEDERAL QUESTION JURISDICTION [28 U.S.C. SECTION 1331]**<br><br>Complaint Filed:  January 10, 2020 |

**TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA:**

PLEASE TAKE NOTICE that defendant Transamerica Premier Life Insurance Company ("TPLIC") hereby removes case number CIV DS 2000021 from the Superior Court of California for the County of San Bernardino to this Court pursuant to 28 U.S.C. §§ 1331, 1441 and 1446. This Notice of Removal is being filed without prejudice to the objections and defenses of TPLIC. Removal of this action on the basis of federal question jurisdiction is proper for the following reasons:

### TIMELINESS

TPLIC is the only non-fictitiously named defendant in this case and was first served with process in this action on March 3, 2020, when Plaintiff Emiterio Mark Alvarez ("Plaintiff") effected service of the Summons and First Amended Complaint ("FAC")[1] on TPLIC's counsel by way of Notice and Acknowledgement of Receipt. Removal is therefore timely under 28 U.S.C. § 1446(b) in that removal is sought within thirty (30) days after service of the FAC, which first named TPLIC as a defendant.

### SUBJECT MATTER JURISDICTION ON THE BASIS OF FEDERAL QUESTION EXISTS

The FAC is a civil action over which this Court has jurisdiction under the provisions of 28 U.S.C. § 1331, and which may be removed to this Court by TPLIC pursuant to the provisions of 28 U.S.C. §§ 1441(a) and 1446, on federal question jurisdiction in that the FAC asserts a federal cause of action against TPLIC for purported violations of Electronic Funds Transfer Act (15 U.S.C. §§ 1693, *et seq.*) ("EFTA"), a federal statute, as a result of allegedly unauthorized auto deductions from

---

[1] TPLIC was first named as a defendant in this lawsuit in the First Amended Complaint.

HINSHAW & CULBERTSON LLP
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
213-680-2800

1027961\305460261.v1

Plaintiff's bank account.  FAC, ¶¶23-27, 52-57.   Plaintiff seeks recovery under the EFTA of statutory damages under the EFTA, actual damages, costs and reasonable attorney fees. *See, e.g.*, Prayer for Relief, ¶¶b, c, and f.

Thus, the United States District Court for the Central District of California therefore has jurisdiction over the Plaintiff's claim due to the fact that the allegations against TPLIC contained in his FAC arise under the Constitution, laws or treaties of the United States.  28 U.S.C. §1331.

Further, supplemental jurisdiction exists under 28 U.S.C. § 1367 over Plaintiff's state law claims for purported violations of the California Auto Renewal Statute (Cal. Bus. & Prof. Code §§ 17600, *et seq.*)  and  Violations of Business and Professions Code §§ 17200, *et seq.* because these claims are related to the EFTA claim and are based on the same allegations and form part of the same case or controversy under Article III of the United States Constitution.  FAC, ¶¶23-37, 58-81.

## PROCESS

True and correct copies of the following documents are attached to this Notice of Removal:

**Exhibit A:**   Plaintiffs' Complaint
**Exhibit B:**   Summons on Complaint
**Exhibit C**:   Civil Case Cover Sheet
**Exhibit D:**    Certificate of Assignment
**Exhibit E:**   Proof of Service
**Exhibit F:**   Order re Initial Complex Case Management Conference Filed
**Exhibit G:**    Notice Re Case Management Conference
**Exhibit H:**   Summons on Plaintiffs' First Amended Complaint
**Exhibit I:**   Plaintiffs' First Amended Complaint
**Exhibit J:**   Notice and Acknowledgement of Receipt (dated March 3, 2020)
**Exhibit K**:   Notice of Jury Fee Deposit

HINSHAW & CULBERTSON LLP
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
213-680-2800

1027961\305460261.v1

1  These documents constitute the entire process and pleadings filed in the state
2  court action.
3  Written notice of the filing of this Notice of Removal has been given to all
4  adverse parties and a copy has been filed with the Clerk of the Superior Court of the
5  State of California, City and County of San Bernardino, in accordance with the
6  provisions of 28 U.S.C. § 1446(d).
7  WHEREFORE, TPLIC prays that this action in the Superior Court of California
8  for the County of San Bernardino be removed to this Court.

DATED: April 1, 2020                     HINSHAW & CULBERTSON LLP

By: /s/ Vivian I. Orlando
VIVIAN I. ORLANDO
Attorneys for Defendant
Transamerica Premier Life Insurance
Company